UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case Number 1:20-cv-00118-FDW

| | |
|---|---|
| JOSHUA DIEGO LOPEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | ORDER |

THIS MATTER is before the Court on Defendant's Consent Motion to Remand (Doc. No. 17). Defendant, Andrew Saul, Commissioner of Social Security, moves this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with a remand of the case for further administrative proceedings. Plaintiff's attorney does not oppose the motion.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby GRANTS the motion and REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS THEREFORE ORDERED that the Motion to Remand (Doc. No. 17) is GRANTED, and all other pending motions shall be terminated as moot. The Clerk is respectfully directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Signed: February 26, 2021

Frank D. Whitney
United States District Judge